No. 2235.

## GEORGE WILLIAMS v. THE STATE.

UNLAWFUL SALE OF LIQUOR TO A MINOR—EVIDENCE.—To support a conviction for the offense of knowingly selling intoxicating liquor to a minor the evidence must show that at the time the liquor was sold the seller knew the purchaser to be a minor.

APPEAL from the Criminal District Court of Galveston. Tried below before the Hon. Gustave Cook.

The conviction in this case was for knowingly selling intoxicating liquor to a minor, and the penalty imposed was a fine of twenty-five dollars.

The opinion states the case.

*J. B. Stubbs*, for the appellant.

*J. H. Burts,* Assistant Attorney General, for the State.

WHITE, PRESIDING JUDGE. This appeal is from a judgment of conviction for selling intoxicating liquor to a minor. There is not a particle of proof going to show that at the time appellant sold the liquor he knew that the party to whom he sold it was a minor. The offense consists in "knowingly" selling liquor to a minor, and it must be alleged and proven that the act was "knowingly" done, that is, that the seller knew he was selling to a minor. (Hunter v. The State, 18 Texas Ct. App., 445; Penal Code, art. 376).

The judgment is reversed and the cause remanded.

*Reversed and remanded.*